**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 5:14-BK-50206 |
| | § | |
| ALLEGHENY WOODWORKS, LLC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $135,885.75 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $26,181.78 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,406.21 | | |

3) Total gross receipts of $31,587.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,587.99 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $175,138.20 | $277,549.62 | $277,549.62 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,406.21 | $5,406.21 | $5,406.21 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $237,712.83 | $390,431.36 | $390,431.36 | $26,181.78 |
| General Unsecured Claims (from **Exhibit 7**) | $191,140.02 | $111,045.03 | $109,272.15 | $0.00 |
| **Total Disbursements** | $603,991.05 | $784,432.22 | $782,659.34 | $31,587.99 |

4). This case was originally filed under chapter 0 on 08/19/2014. The case was converted to one under Chapter 7 on 03/22/2016. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2017         By:   /s/ Robert L. Johns
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash on hand | 1129-000 | $31,312.76 |
| City National BankChecking Account | 1129-000 | $275.23 |
| **TOTAL GROSS RECEIPTS** | | $31,587.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WorkForce West Virginia | 4110-000 | $25,917.69 | $36,457.31 | $36,457.31 | $0.00 |
| 2 | Internal Revenue Service | 4110-000 | $139,037.76 | $180,236.19 | $180,236.19 | $0.00 |
| 3 | West Virginia Department of Revenue | 4110-000 | $10,182.75 | $60,856.12 | $60,856.12 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $175,138.20 | $277,549.62 | $277,549.62 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $3,908.80 | $3,908.80 | $3,908.80 |
| Robert Johns, Trustee | 2200-000 | NA | $200.00 | $200.00 | $200.00 |
| Insurance Partners Agency, INC | 2300-000 | NA | $23.08 | $23.08 | $23.08 |
| Pinnacle Bank | 2600-000 | NA | $623.48 | $623.48 | $623.48 |
| U.S. Trustee | 2950-000 | NA | $650.85 | $650.85 | $650.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,406.21 | $5,406.21 | $5,406.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | WorkForce West Virginia | 5800-000 | $25,917.69 | $36,457.31 | $36,457.31 | $0.00 |
| 2a | Internal Revenue Service | 5800-000 | $139,037.76 | $26,854.30 | $26,854.30 | $26,181.78 |
| 3a | West Virginia Department of Revenue | 5800-000 | $0.00 | $8,676.97 | $8,676.97 | $0.00 |
| 7 | Internal Revenue Service | 5800-000 | $1,755.85 | $22,399.99 | $22,399.99 | $0.00 |
| 8 | WorkForce West Virginia | 5800-000 | $10,182.75 | $5,244.73 | $5,244.73 | $0.00 |
| 9 | WorkForce West Virginia | 5800-000 | $10,182.75 | $8,423.89 | $8,423.89 | $0.00 |
| 10 | West Virginia Department of Revenue | 5800-000 | $24,718.34 | $265,001.67 | $265,001.67 | $0.00 |
| 11 | WorkForce West Virginia | 5800-000 | $25,917.69 | $17,372.50 | $17,372.50 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$237,712.83** | **$390,431.36** | **$390,431.36** | **$26,181.78** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2b | Internal Revenue Service | 7100-000 | $139,037.76 | $13,084.47 | $13,084.47 | $0.00 |
| 3b | West Virginia Department of Revenue | 7100-000 | $0.00 | $1,017.46 | $1,017.46 | $0.00 |
| 4 | American Express Bank, FSB | 7100-000 | $722.95 | $722.95 | $722.95 | $0.00 |
| 5 | American Express Bank, FSB | 7100-000 | $7,403.31 | $29,068.16 | $29,068.16 | $0.00 |
| 6 | First Citizens Bank | 7100-000 | $8,072.37 | $8,907.06 | $8,907.06 | $0.00 |
| 12 | W. Moore Profiles, CTD | 7100-000 | $1,254.40 | $1,772.88 | $0.00 | $0.00 |
| 13 | R.B.S., Inc. | 7100-000 | $0.00 | $47,350.00 | $47,350.00 | $0.00 |
| 14 | First-Citizens Bank &#038; Trust Company | 7100-000 | $8,072.37 | $9,122.05 | $9,122.05 | $0.00 |
| | American Express | 7100-000 | $632.50 | $0.00 | $0.00 | $0.00 |
| | Beckley Welding Supply | 7100-000 | $477.61 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $177.44 | $0.00 | $0.00 | $0.00 |
| | City National Bank | 7100-000 | $4,967.32 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | Conway Freight | 7100-000 | $3,338.72 | $0.00 | $0.00 | $0.00 |
| | Deluxe Business Checks | 7100-000 | $677.20 | $0.00 | $0.00 | $0.00 |
| | Elmore Hupp & Company | 7100-000 | $886.00 | $0.00 | $0.00 | $0.00 |
| | Frontier | 7100-000 | $311.28 | $0.00 | $0.00 | $0.00 |
| | Lab Safety Supply | 7100-000 | $265.85 | $0.00 | $0.00 | $0.00 |
| | RL Carriers | 7100-000 | $1,232.35 | $0.00 | $0.00 | $0.00 |
| | S.J. Neathawk | 7100-000 | $5,799.80 | $0.00 | $0.00 | $0.00 |
| | Security Central | 7100-000 | $108.00 | $0.00 | $0.00 | $0.00 |
| | Sherwin Williams | 7100-000 | $2,013.20 | $0.00 | $0.00 | $0.00 |
| | True Value Home Center | 7100-000 | $1,222.94 | $0.00 | $0.00 | $0.00 |
| | United Parcel Services | 7100-000 | $26.37 | $0.00 | $0.00 | $0.00 |
| | Verizon Wireless | 7100-000 | $803.86 | $0.00 | $0.00 | $0.00 |
| | Greenbrier County Landfill | 7200-000 | $181.86 | $0.00 | $0.00 | $0.00 |
| | Jamisons Sharpening | 7200-000 | $414.28 | $0.00 | $0.00 | $0.00 |
| | Lowes | 7200-000 | $628.75 | $0.00 | $0.00 | $0.00 |
| | Meyer's Decorative Surface | 7200-000 | $1,280.75 | $0.00 | $0.00 | $0.00 |
| | Precision Company | 7200-000 | $451.93 | $0.00 | $0.00 | $0.00 |
| | Reynolds Oil Company, Inc. | 7200-000 | $678.85 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $191,140.02 | $111,045.03 | $109,272.15 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 14-50206-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | ALLEGHENY WOODWORKS, LLC. | Date Filed (f) or Converted (c): | 03/22/2016 (c) |
| For the Period Ending: | 10/11/2017 | §341(a) Meeting Date: | 05/05/2016 |
| | | Claims Bar Date: | 08/08/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | City National Bank Checking Account | $292.53 | $292.53 | | $275.23 | FA |
| **Asset Notes:** | Amended schedules filed 3/30/16 changing the balance from $2,619. | | | | | |
| 2 | City National Bank Tax Account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of Monroe Checking Account | $187.97 | $0.00 | | $0.00 | FA |
| 4 | Bank of Monroe Checking Account | $871.25 | $0.00 | | $0.00 | FA |
| 5 | Accounts Receivable | $73,976.53 | $0.00 | | $0.00 | FA |
| 6 | 1997 International 2 ton dump truck | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 7 | 1999 Chevy Delivery Box Truck | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 8 | 2004 Chevy Duramax-lumber hauling | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 9 | 1974 Chevy C60 Trash Truck | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 10 | Clarke Forklift | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 2 Dump Trailers | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 12 | Datson Forklift disabled | $200.00 | $0.00 | | $0.00 | FA |
| 13 | End Matchers (2) | $4,000.00 | $0.00 | | $0.00 | FA |
| 14 | Planers (3) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended schedules filed 4/22/15 no longer listing this items | | | | | |
| 15 | Rip Saw | $4,500.00 | $0.00 | | $0.00 | FA |
| 16 | Moulders (2) | $9,500.00 | $0.00 | | $0.00 | FA |
| 17 | Shapers | $2,300.00 | $0.00 | | $0.00 | FA |
| 18 | Band saw | $200.00 | $0.00 | | $0.00 | FA |
| 19 | Chop Saw | $500.00 | $0.00 | | $0.00 | FA |

**FORM H**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 14-50206-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | ALLEGHENY WOODWORKS, LLC. | Date Filed (f) or Converted (c): | 03/22/2016 (c) |
| For the Period Ending: | 10/11/2017 | §341(a) Meeting Date: | 05/05/2016 |
| | | Claims Bar Date: | 08/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20  Sharpener | $400.00 | $0.00 | | $0.00 | FA |
| 21  Air Compressors | $1,000.00 | $0.00 | | $0.00 | FA |
| 22  Spraying Pots (3) | $1,500.00 | $0.00 | | $0.00 | FA |
| 23  Panel Saw | $350.00 | $0.00 | | $0.00 | FA |
| 24  Exhaust Fans Dust System | $4,000.00 | $0.00 | | $0.00 | FA |
| 25  Pocket Hole Machine | $400.00 | $0.00 | | $0.00 | FA |
| 26  Face Frank Clamp | $350.00 | $0.00 | | $0.00 | FA |
| 27  Jail Jig | $250.00 | $0.00 | | $0.00 | FA |
| 28  Sander | $400.00 | $0.00 | | $0.00 | FA |
| 29  Table Saws (2) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Amended schedules filed 4/22/15 no longer listing this items | | | | | |
| 30  18" Planer | $6,000.00 | $0.00 | | $0.00 | FA |
| 31  18" Planer Medium Condition | $2,000.00 | $0.00 | | $0.00 | FA |
| 32  20" Double sided Planer | $7,500.00 | $0.00 | | $0.00 | FA |
| 33  10" Table Saw | $300.00 | $0.00 | | $0.00 | FA |
| 34  Edger | $200.00 | $0.00 | | $0.00 | FA |
| 35  Straight edge saw with laser | $4,500.00 | $0.00 | | $0.00 | FA |
| 36  Lumber | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Amended schedules filed 4/22/15 no longer listing this item | | | | | |
| 37  Cash on hand | $31,312.76 | $31,312.76 | | $31,312.76 | FA |
| 38  Proof of claim filed in John Bell Company, Inc. 15-50125  (u) | $10,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

                                  $167,491.04            $31,605.29                              $31,587.99                    $0.00

**Major Activities affecting case closing:**

08/09/2016    RE Prop # 38 The Trustee to file Proof of Claim in the John Bell Company, Inc. for money loaned to The John Bell Company.

05/19/2016    RE Prop # 37 - Cash on hand represents sale proceeds from all assets.  The Trustee received the cash on hand funds on 5/10/16.

05/10/2016    Re Prop # 1 - The Trustee has sent letter to close bank account.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3                Exhibit 8

| **Case No.:** | 14-50206-FWV | | | **Trustee Name:** | Robert L. Johns |
| **Case Name:** | ALLEGHENY WOODWORKS, LLC. | | | **Date Filed (f) or Converted (c):** | 03/22/2016 (c) |
| **For the Period Ending:** | 10/11/2017 | | | **§341(a) Meeting Date:** | 05/05/2016 |
| | | | | **Claims Bar Date:** | 08/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**  12/31/2017         /s/ ROBERT L. JOHNS

                                                                                                    ROBERT L. JOHNS

**FORM 2**  Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-50206-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | ALLEGHENY WOODWORKS, LLC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2836 | Checking Acct #: | ******0148 |
| Co-Debtor Taxpayer ID #: | | Account Title: | The Estate of Allegheny Woodworks, LLC |
| For Period Beginning: | 8/19/2014 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 10/11/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2016 | (37) | George Lemon/Allegheny Woodworks | Balance of proceeds from sale of personal property | 1129-000 | $31,312.76 | | $31,312.76 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.23 | $31,278.53 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.86 | $31,229.67 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.41 | $31,179.26 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.32 | $31,128.94 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.63 | $31,080.31 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.17 | $31,030.14 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.47 | $30,981.67 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $50.01 | $30,931.66 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $49.93 | $30,881.73 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.03 | $30,836.70 |
| 04/03/2017 | 3001 | Insurance Partners Agency, INC | 2017 Bond payment | 2300-000 | | $23.08 | $30,813.62 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $49.77 | $30,763.85 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.07 | $30,715.78 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $49.58 | $30,666.20 |
| 06/20/2017 | (1) | City National Bank | Balance of funds in City National Account | 1129-000 | $275.23 | | $30,941.43 |
| 09/12/2017 | 3002 | Robert Johns | Trustee Expenses | 2200-000 | | $200.00 | $30,741.43 |
| 09/12/2017 | 3003 | Robert L. Johns | Trustee Compensation | 2100-000 | | $3,908.80 | $26,832.63 |
| 09/12/2017 | 3004 | U.S. Trustee | final distribution on Claim #: 15; Account Number: ; | 2950-000 | | $650.85 | $26,181.78 |
| 09/12/2017 | 3005 | Internal Revenue Service | final distribution on Claim #: 2; Account Number: ; | 5800-000 | | $26,181.78 | $0.00 |

**SUBTOTALS**  $31,587.99  $31,587.99

**FORM 2**     Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 14-50206-FWV |
| **Case Name:** | ALLEGHENY WOODWORKS, LLC. |
| **Primary Taxpayer ID #:** | **-***2836 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/19/2014 |
| **For Period Ending:** | 10/11/2017 |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0148 |
| **Account Title:** | The Estate of Allegheny Woodworks, LLC |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $31,587.99 | $31,587.99 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $31,587.99 | $31,587.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $31,587.99 | $31,587.99 | |

**For the period of 8/19/2014 to 10/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $31,587.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,587.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,587.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,587.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2016 to 10/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $31,587.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,587.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,587.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,587.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 14-50206-FWV | **Trustee Name:** | Robert L. Johns |
| **Case Name:** | ALLEGHENY WOODWORKS, LLC. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***2836 | **Checking Acct #:** | ******0148 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | The Estate of Allegheny Woodworks, LLC |
| **For Period Beginning:** | 8/19/2014 | **Blanket bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 10/11/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $31,587.99 | $31,587.99 | $0.00 |

| For the period of 8/19/2014 to 10/11/2017 | | For the entire history of the case between 03/22/2016 to 10/11/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $31,587.99 | Total Compensable Receipts: | $31,587.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,587.99 | Total Comp/Non Comp Receipts: | $31,587.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,587.99 | Total Compensable Disbursements: | $31,587.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,587.99 | Total Comp/Non Comp Disbursements: | $31,587.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT L. JOHNS
_____

ROBERT L. JOHNS